# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel: (212) 257-1900
Fax: (646) 808-0966
Email: ztaylor@taylorcohenllp.com

January 11, 2021

*By ECF*

The Honorable J. Paul Oetken
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** *U.S. v. George Thompson*, 20 CR 563 (JPO)

Your Honor:

    I represent George Thompson under the CJA. I am writing to respectfully request a modification of the terms of Mr. Thompson's supervised release to permit him to travel from New York City to Long Pond, Pennsylvania from January 29 to 31, 2021. The purpose of the trip is to celebrate the birthday of Mr. Thompson's aunt. Mr. Thompson would travel by car in the company of his mother and stepfather, who are the co-signers of Mr. Thompson's bond. Under the terms of his bond, Mr. Thompson's travel is restricted to the Eastern and Southern Districts of New York and the District of New Jersey. Long Pond, Pennsylvania is approximately 35 miles from the New Jersey border.

    I have informed Mr. Thompson's pretrial services officer of the trip and the address where Mr. Thompson intends to stay. Pretrial has no objection to Mr. Thompson's travel request. AUSA Emily Johnson has informed me that the government defers to Pretrial Services regarding the request.

    Thank you for your attention.

Respectfully submitted,

*Zachary Taylor*

Zachary Taylor

cc:    Emily Johnson, Esq.
        Ashley Carolyn Nicolas, Esq.
        Kaylan Elizabeth Lasky, Esq.

---

Granted.
So ordered.
  January 13, 2021

J. PAUL OETKEN
United States District Judge