# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel: (212) 257-1900
Fax: (646) 808-0966
Email: ztaylor@taylorcohenllp.com

April 12, 2021

*By ECF*

The Honorable J. Paul Oetken
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** *U.S. v. George Thompson*, 20 CR 563 (JPO)

Your Honor:

  I represent George Thompson under the CJA. I am writing to respectfully request a temporary modification of the terms of Mr. Thompson's supervised release to permit him to travel from New York City to Puerto Rico from April 20 to 23, 2021. The purpose of the trip is to celebrate the birthday of Mr. Thompson's cousin. Under the terms of his bond, Mr. Thompson's travel is currently restricted to the Eastern and Southern Districts of New York and the District of New Jersey.

  I have informed Mr. Thompson's pretrial services officer of the trip and the address where Mr. Thompson intends to stay. Pretrial consents to Mr. Thompson's travel request. AUSA Emily Johnson has informed me that the government defers to Pretrial Services regarding the request.

  This is Mr. Thompson's second request for a temporary modification of the conditions of his bail. The first such request was granted by the Court. (*See* ECF Doc. No. 120).

  Thank you for your attention.

Respectfully submitted,

Zachary Taylor

cc: Emily Johnson, Esq.
   Ashley Carolyn Nicolas, Esq.
   Kaylan Elizabeth Lasky, Esq.

> Granted.
> So ordered.
> 4/19/2021

J. PAUL OETKEN
United States District Judge