# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel: (212) 257-1900
Fax: (646) 808-0966
Email: ztaylor@taylorcohenllp.com

March 30, 2022

*By ECF*

The Honorable J. Paul Oetken
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *U.S. v. George Thompson*, 20 CR 563 (JPO)**

Dear Judge Oetken:

I represent George Thompson in the above-referenced matter. I am writing to request that the Court authorize Pretrial Services to return Mr. Thompson's passport to him.

Mr. Thompson surrendered his passport to Pretrial Services as a condition of his bail. The Court sentenced him to three years' probation on February 23, 2022.

Respectfully submitted,

Zachary Taylor

cc:   Emily Johnson, Esq.
       Ashley Carolyn Nicolas, Esq.
       Kaylan Elizabeth Lasky, Esq.

Granted.
Pretrial Services is hereby directed to release custody of defendant's passport.
 So ordered.
 3/31/2022

J. PAUL OETKEN
United States District Judge